Philip G. Jones (1748)
CHAPTER 7 TRUSTEE
853 West Center Street
Orem, Utah 84057
Telephone: (801) 224-5750
Fax: (801) 224-6345

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re: ROCKY MOUNTAIN WELDING AND FABRICAT ROCKY MOUNTAIN WELDING HOLDING, LC Debtors. | Case No: 10-34716 Chapter 7 Judge JOEL T MARKER |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Philip G. Jones, the trustee of the above referenced bankruptcy case, and hereby represents to the Court that:

__x__ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

_____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CLAIM# | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMOUNT |
|---|---|---|
| 3 | Ian Ealey<br>5249 W. Woodtree Circle<br>West Valley City, UT  84120 | 512.22 |
| 61 | Chance G Morby<br>Ste C105 PMB 186<br>3638 E Southern Ave<br>Mesa, AZ  85206 | 1269.00 |

Checks in the amount of $512.22 and $1269.00 representing said funds made payable to the United States Bankruptcy Court, are attached hereto.

DATED this 13th day of October, 2015.



PHILIP G. JONES
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEPOSIT OF UNCLAIMED FUNDS was mailed to the following persons by depositing the same in the United States Mail, first-class postage prepaid or by electronic filing, this 13th day of October, 2015:

U.S. Trustee's Office
Boston Building, Suite 100
9 Exchange Place
Salt Lake City, Utah 84111

ANNA W. DRAKE
175 SOUTH MAIN STREET
SUITE 300
SALT LAKE CITY, UT 84111

Ian Ealey
5249 W. Woodtree Circle
West Valley City, UT 84120

Chance G Morby
Ste C105 PMB 186
3638 E Southern Ave
Mesa, AZ 85206

